# UNITED STATES DISTRICT COURT
## U.S. PROBATION OFFICE
## EASTERN DISTRICT OF TENNESSEE

**ADRIENNE SIMPSON-BROWN**
**CHIEF U.S. PROBATION OFFICER**
**800 MARKET STREET, SUITE 311**
**KNOXVILLE, TN 37902**
**TEL: (865) 545-4001**
**FAX: (865) 545-4003**

**U.S. PROBATION OFFICE**
**900 GEORGIA AVENUE, ROOM 442**
**CHATTANOOGA, TN 37402**
**TEL: (423) 752-5193**
**FAX: (423) 752-5274**

**U.S. PROBATION OFFICE**
**220 WEST DEPOT STREET, SUITE 338**
**GREENEVILLE, TN 37743**
**TEL: (423) 638-8121**
**FAX: (423) 638-7437**

**REPLY TO: GREENEVILLE**

April 2, 2025

**TO:** Honorable Katherine A. Crytzer
U.S. District Court Judge

**FROM:** Joey Walker
United States Probation Officer

## TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| **Case Name:** | ELYSA JANAE SAMPLEY-HAYES | **Docket Number:** | 0649 2:19CR00030-5 |
| **Sentence Date:** | 02/27/2020 | **Sentencing Judge:**<br>**Presiding Judge:** | Pamela L. Reeves<br>Katherine A. Crytzer |
| **Offense:** | 21 U.S.C § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B) - Conspiracy to Distribute Five Grams or More of Methamphetamine (Actual) | **Sentence Imposed:** | BOP: 72 Months<br>TSR: 5 Years |
| **Dates of Probation/ Supervised Release** | **From** 12/20/2023<br>**To:** 12/19/2028 | **District of Supervision:** | Middle District of Tennessee - |
| **When ED/TN initiates transfer of jurisdiction to another district**<br>**TRANSFER OF JURISDICTION (OUT)** | | **FROM: Eastern District of Tennessee**<br>**TO: Middle District of Tennessee** | |
| ■ | If Your Honor concurs with the request to transfer jurisdiction of this case to the Supervising District, please sign the attached PROB 22 (Transfer of Jurisdiction form) in Part 1, and return to our office for further processing. | | |
| □ | Enclosed please find the PROB 22 (Transfer of Jurisdiction form) which has been signed by the sentencing Judge in our district transferring jurisdiction to your district. Please forward to the Judge in your district for signature in Part 2, accepting jurisdiction of this case. Please return the form to our office to complete the transfer process. | | |
| □ | Please forward your file on the above-named offender to the U.S. District Court Clerk's Office in the district of supervision to complete the transfer of jurisdiction in this case. | | |
| **When jurisdiction is being transferred to the ED/TN**<br>**TRANSFER OF JURISDICTION (IN)** | | **FROM:**<br>**TO:** | |
| □ | Enclosed please find the PROB 22 (Transfer of Jurisdiction form) transferring jurisdiction of this case to the Eastern District of Tennessee. If Your Honor concurs with this request, please sign in Part 2, accepting jurisdiction of this case, and return to our office for further processing. | | |
| □ | The enclosed PROB 22 (Transfer of Jurisdiction form) has been signed in Part 2 by our Judge in the Eastern District of Tennessee accepting jurisdiction of this case. The form by both Courts has been filed with our Clerk, who is awaiting transfer of the file. | | |