# (no subject)

1 message

**Rockzella Russell** <rockzellar@gmail.com> Mon, Sep 1, 2025 at 3:35 PM
To: Rockzella Russell <rockzellar@gmail.com>

Here's the Motion for Early Termination of Probation document:

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

FILED
SEP 08 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES OF AMERICA, Plaintiff,
v.
ELYSSA JANAE SAMPLEY-HAYES, Defendant.

Case No.: 2:19-CR-00030
Judge Pamela L. Reeves

MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW the Defendant, Elyssa Janae Sampley-Hayes, and respectfully moves this Honorable Court for an Order granting early termination of probation pursuant to 18 U.S.C. § 3564(c). In support of this Motion, Defendant states as follows:

1. Background: Ms. Sampley-Hayes was sentenced to a term of probation approximately two years ago. Since the commencement of supervision, she has remained in full compliance with all conditions imposed by the Court.

2. Employment and Stability: Ms. Sampley-Hayes has maintained consistent employment with Spectrum VoIP since August 20, 2023, where she continues to exhibit professionalism, dedication, and reliability. She has also maintained stable residency at 141 Neese Dr, Nashville, TN 37211.

3. RDAP Completion and Rehabilitation: Ms. Sampley-Hayes successfully completed the Residential Drug Abuse Program (RDAP). She continues to apply the communication skills, behavioral strategies, and coping mechanisms she developed through the program in her daily life, demonstrating personal growth and long-term rehabilitation.

4. Compliance: She has fully complied with all probation requirements, including regular reporting, drug testing, and other supervisory conditions. She has remained law-abiding and has had no violations.

5. Statutory Authority: Pursuant to 18 U.S.C. § 3564(c), a court may, after the expiration of one year of probation, terminate the term of probation if it is satisfied that such action is warranted by the conduct of the defendant and is in the interest of justice, considering the factors under 18 U.S.C. § 3553(a).

6. Interest of Justice: Given Ms. Sampley-Hayes's record of full compliance, successful rehabilitation, and responsible employment and residency, continued supervision is no longer necessary. Early termination is consistent with the goals of sentencing and is in the interest of justice.

WHEREFORE, Defendant Elyssa Janae Sampley-Hayes respectfully requests that this Honorable Court grant early termination of her probation.

Respectfully submitted,
Elyssa Janae Sampley-Hayes
141 Neese Dr
Nashville, TN 37211
janaes8988@gmail.com
[Phone Number]
Date: [Insert Date]

Instructions:
1. Highlight all the text above.
2. Press Ctrl + C (Windows) or Cmd + C (Mac), or tap Copy on mobile.
3. Open Messenger, tap the text input, and paste it.
4. Fill in [Phone Number] and [Insert Date] before sending.
5. Split into multiple messages if Messenger cuts off long text.

FSC® C116916

PAPER POUCH

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

37902

$11.00

RDC 03

0 Lb 1.60 Oz

R2305K139664-38

# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

cted delivery date specified for domestic use.

estic shipments include $100 of insurance (restrictions apply).*

S Tracking® service included for domestic and many international destinations.

ed international insurance.**

n used internationally, a customs declaration form is required.

ce does not cover certain items. For details regarding claims exclusions see the
c Mail Manual at *http://pe.usps.com.*
ternational Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FROM:

Elysa Janae Sampley-Hayes
141 Neese Dr
Nashville, TN 37211

RECEIVED
SEP 08 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

TO:

Clerk of Court
Howard H Baker JR
United States Courthouse
Suite 130
800 Market Street
Knoxville TN 37902-7902

AT RATE ENVELOPE

ATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

CKED ■ INSURED

EXPECTED DELIVERY DAY: 09/06/25

USPS TRACKING® #

9505 5123 3226 5245 6069 68

PAPER POUCH

how2recycle.info

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserv