UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT

GREENEVILLE

To: Elysa Sampley-Hayes

Case Number: 2:19-CR-30

Document #: Mt Early term SVR

**GENERAL:**

| | |
|---|---|
| ☐ | Document filed in the wrong case. |
| ☐ | Incorrect PDF attached |
| ☐ | Wrong event used |
| ✓ | signature missing |
| ☐ | Blank pages |
| ☐ | Pages missing |
| ☐ | The document is filed as to all defendants in error. Documents should only be filed as to the affected parties. |
| ☐ | Signature on document does not match electronic filer user |
| ☐ | Memoranda should be filed separately from the motion. Click on **[Motions and Related Filings, then Filings in Support of Motions]** and choose Memorandum in Support of Motion. |
| | Other: |

**PSR/SENTENCING:**

| | |
|---|---|
| ☐ | Wrong event used for a Notice of Objections to PSR. **Counsel is directed to refile the objections** using the event *Notice of Objections to Presentence Investigation Report* found under Other filings >Notices. |
| ☐ | Wrong event used for Response to Objections to PSR. **Counsel is directed to refile the response to objections** using the event *Response to Objections to Presentence Investigation Report* found under Other Filings > Notices. |

☐ Informational ONLY

Action to be taken: Enclosed is your letter requesting early termination of your supervised release. Pursuant to Rule 11 of the Fed. Rules Civil Procedure every pleading must have an original signature. Please sign and return